IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br>v.<br><br>ROGER GOLUBSKI,<br><br>        *Defendant.* | Case No. 22-CR-40086-04-TC |

## ENTRY OF APPEARANCE

Christopher M. Joseph, of Joseph, Hollander & Craft LLC, enters his appearance on behalf of the Defendant, Roger Golubski.

                                        Respectfully submitted,

                                        Joseph, Hollander & Craft LLC
                                         *Attorneys for Defendant*

                       By:    /s/Christopher M. Joseph
                               Christopher M. Joseph, #19778
                               1508 S.W. Topeka Boulevard
                               Topeka, Kansas 66612
                               (785) 234-3272 Phone
                               (855) 955-1318 Fax
                               cjoseph@josephhollander.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November, 14, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                        <u>/s/ Christopher M. Joseph</u>
                                        Christopher M. Joseph