**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,  　　　　　　　　　　　　　Case No: 22-40086-TC-4
　　　　　　　　　　　　　　　　　　　　　　　　　　　AUSA: Stephen Hunting
　　　　　　　　Plaintiff,　　　　　　　　　　　　　　Defendant: Chris Joseph

v.

ROGER GOLUBSKI,
　　　　　　　　Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | November 14, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:01 p.m. |
| INTERPRETER: | _____ | PROBATION: | Christina Stapp |

## PROCEEDINGS

☒ **Initial Appearance – 8 min.**　　☐ Initial Revocation Hearing – min.　　☐ Bond Hearing – min.
☒ **Arraignment – 6 min.**　　　　　☐ Initial Rule 5(c)(3) – min.　　　　　☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.　　　　　☐ Preliminary Hearing – min.　　　　　☐ In-Court Hearing – min.

☐ Defendant sworn　　　　　　　　　☐ Examined re: financial status　　　☐ Counsel appointed

☒ **Charges and penalties explained to defendant**　　☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**　　☒ **Felony**　　☐ Misdemeanor
☐ Declines to Waive Indictment　　☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment　　　☐ Information filed
☐ Advised of Rights Under Rule _____　　　　☐ Signed Consent to Transfer _____

☒ **Waived Reading**　　☐ Read to Defendant:　　☐ Indictment　　☐ Information　　☐ Complaint
☒ **Number of Counts: 2**　　☐ Guilty　　☒ **Not Guilty**　　☐ Indictment Unsealed

☐ Bond Revoked　　☐ Continued on present conditions　　☒ **Release Order executed**　　☐ Remanded to Custody

☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**

☒ **Status Conference: December 14, 2022 at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.**

**OTHER:** Defendant appears in person, not in custody and with counsel Christopher Joseph. The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.