**SEALED**

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Kansas

UNITED STATES OF AMERICA

V.

ROGER GOLUBKSI (04)

**WARRANT FOR ARREST**

Case Number: 22-40086-04-TC

**RECEIVED**
By U.S. Marshals Service at 2:28 pm, Nov 10, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROGER GOLUBSKI (04)
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
Ct. 1: 18 U.S.C. § 241 - CONSPIRACY AGAINST RIGHTS
Ct. 3: 18 U.S.C. § 1584 - INVOLUNTARY SERVITUDE

☑ in violation of Title 18 United States Code, Section(s) 241

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

SKYLER B. O'HARA
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

s/M. Barnes, Deputy Clerk
Signature of Issuing Officer

November 10, 2022   Topeka, Kansas
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at
Subject self-surrendered to the Topeka Federal Courthouse

| DATE RECEIVED 11.10.22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11.14.22 | | J. Iverson USMS |