IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br>v.<br><br>ROGER GOLUBSKI,<br><br>      *Defendant.* | Case No. 22-40086-TC |

ORDER GRANTING UNOPPOSED MOTION
FOR SUBPOENA AND PROTECTIVE ORDER

  Defendant Roger Golubski seeks a subpoena under Rule 17(c) of the Federal Rules of Criminal Procedure commanding ENSZ & JESTER, P.C. and MCCAULEY & ROACH, LLC to produce materials obtained via discovery in D. Kan. Case No. 18cv02545. Defendant Golubski further requests that the Court issue a protective order to safeguard the information produced pursuant to the requested subpoena. Golubski's motion is unopposed by the government.

  Finding good cause in the motion, the Court GRANTS the Unopposed Motion for Subpoena and Protective Order (Doc. 47).

  IT IS THEREFORE ORDERED that the clerk shall issue subpoenas commanding ENSZ & JESTER, P.C. and MCCAULEY & ROACH, LLC to produce to Golubski's counsel materials obtained via discovery in D. Kan. Case No. 18cv02545.

The Court shall issue a separate protective order.

IT IS SO ORDERED this 30th day of January, 2023.

                                                                              s/ Toby Crouse
                                                                              Honorable Toby Crouse
                                                                              United States District Court Judge